NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001301
12-MAR-2015
09:21 AM

NO. CAAP-14-0001301

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

In the Matter of the Application of ROBERT HIND
Situate at Wailupe, Honolulu, Oahu
and
In Re Petitioners TODD DONALD DUNPHY
and TROPICAL EXOTIC IV, LP, Petitioners-Appellants,
v.
KATHRYN J. WHITMIRE and ALAN R. WEHMER,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and
HSBC Bank USA, NATIONAL ASSOCIATION, as Trustee for
Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through
Certificates, Series 2006-A1, Respondents-Appellees

APPEAL FROM THE LAND COURT OF THE STATE OF HAWAIʻI
(1 L.D. Case No. 14-1-1567)

ORDER APPROVING THE FEBRUARY 12, 2015
STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation of Voluntary Dismissal of Appeal, filed February 12, 2015, by Petitioners-Appellants Todd Donald Dunphy and Tropical Exotic IV, LP, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b); and (3) the parties agree to bear their own costs and attorney's fees on appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and attorney's fees.

DATED: Honolulu, Hawai'i, March 12, 2015.

Presiding Judge

Associate Judge

Associate Judge